UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    NICKESHA DICKERSON<br><br><br>               Debtor | Chapter 13<br><br>Bankruptcy No. 21-10844-AMC |

TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.    Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.    The within case was commenced by the filing of a Chapter 13 petition on 03/31/2021.

3.    This Motion to Dismiss has been filed for the following reason(s):

- Debtor(s) has/have failed to commence or continue making timely payments to the trustee as required by 11 U.S.C. Section 1326.

WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 01/10/2024                        Respectfully submitted,

                                                */s/ Kenneth E. West, Esq.*
                                                Kenneth E. West, Esq.
                                                Standing Chapter 13 Trusteee
                                                P.O. Box 40837
                                                Philadelphia, PA  19107
                                                Telephone: (215) 627-1377