IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                           :Chapter 13

Nickesha Dickerson

   (DEBTOR)                                 :Bankruptcy No. 21-10844-amc

**P R A E C I P E**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend address of above captioned client to:

**625 S. Goddard Blvd.
Apt 341
King of Prussia, PA  19406**

Date: February 8, 2024                          BY: /s/ Michael A. Cibik
                                                MICHAEL A. CIBIK, ESQUIRE
                                                Cibik Law, P.C.
                                                1500 Walnut Street, Suite 900
                                                Philadelphia, PA  19102
                                                215-735-1060/fax 215-735-6769