# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Nickesha Dickerson,

        Debtor.

Case No. 21-10844-amc

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan along with the notice, proposed order, and proposed plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Pennsylvania Department of Revenue
Bankruptcy Division, PO Box 280946
Harrisburg PA 17128-0946

Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119

Discover Bank
Discover Product Inc
PO BOX 3025
New Albany, OH 43054

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090

Navient Solutions, LLC. on behalf of
Department of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2238

Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083-0788

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

BMW Bank of North America c/o AIS Portfolio Servic
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

PECO Energy Company
2301 Market Street, 04 NW
Philadelphia, PA 19101

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541

Swift Financial LLC as servicing agent for WebBank
3505 Silverside Road
Suite 200
Wilmington DE 19810

U.S. Bank National Association, et. al.
c/o Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250

Bureaus Investment Group Portfolio No 15 LLC
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541

Bureaus Investment Group Portfolio No 15 LLC
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Date: February 12, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

4