| **Information to identify the case:** |
|---|
| Debtor 1    Nickesha Dickerson |
| Debtor 2 |
| United States Bankruptcy Court for the Eastern District of Pennsylvania |
| Case Number  21-10844-amc          Chapter 13 |

☐ Check if this is an amended filing

## Certificate of No Response

### Part 1: Information About the Motion or Application

1. **Title:** **Motion to Modify Plan**

2. **Date Filed:** **February 12, 2024**    **ECF No.: 109**

### Part 2: Information About the Notice of Motion or Application

3. **Date Filed:** **February 12, 2024**    **ECF No.: 110**

4. **Response Date:** **March 4, 2024**

### Part 3: Certification

I certify that I have received no answer, objection, or other responsive pleading to the motion or application described above. I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading appears to the motion or application thereon. Pursuant to the notice filed as described above, objections were to be filed and served no later than the date indicated above. I respectfully request that the proposed order attached to the pleading be entered at the earliest convenience of the Court.

/s/ Michael A. Cibik                              April 2, 2024
Signature of Attorney                             Date

Michael A. Cibik (#23110)                         Cibik Law, P.C.
Printed Name and Attorney ID                      Firm Name

1500 Walnut Street, Suite 900                     215-735-1060
Number   Street                                   Phone

Philadelphia, PA 19102                            help@cibiklaw.com
City, State, Zip                                  Email