United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nickesha Dickerson  
    Debtor

Case No. 21-10844-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 6  
Date Rcvd: Sep 19, 2024     Form ID: pdf900     Total Noticed: 92

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nickesha Dickerson, 625 S. Goddard Blvd Apt 341, King of Prussia, PA 19406-2061 |
| cr | + | U.S. Bank National Association, as indenture trust, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14808409 | | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14595305 | + | National Check Resolution Inc, 505 Lakeland Plaza Suite 341, Cumming, GA 30040-2807 |
| 14848892 | + | Navient Solutions, LLC. on behalf of Aidvantage, Department of Education Loan Services, PO Box 4450, Portland, OR 97208-4450 |
| 14637755 | + | PHEAA, PO BOX 1375, BUFFALO, NY 14240-1375 |
| 14597163 | + | U.S. Bank National Association,as indenture truste, Mortgage-Backed Notes, Series 2019-R4, c/o Daniel P. Jones, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 19 2024 23:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 20 2024 00:07:04 | BMW Bank of North America, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 20 2024 00:06:29 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Sep 19 2024 23:58:00 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2024 00:06:15 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O Box 10587, Greenville, SC 29603-0587 |
| 14595257 | + | Email/Text: bncnotifications@pheaa.org | Sep 19 2024 23:58:00 | AES/Suntrust, Pob 61047, Harrisburg, PA 17106-1047 |
| 14636380 | | Email/PDF: bncnotices@becket-lee.com | Sep 20 2024 00:20:05 | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14595268 | + | Email/Text: bncnotifications@pheaa.org | Sep 19 2024 23:58:00 | American Education Services/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14633958 | | Email/PDF: bncnotices@becket-lee.com | Sep 20 2024 00:06:23 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14595279 | + | Email/PDF: bncnotices@becket-lee.com | Sep 20 2024 00:07:10 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14595282 | | Email/Text: Bankruptcy.Processing@bluegreenvacations.com | Sep 19 2024 23:57:00 | Bluegreen, 4960 Conference Way North, Suite 100, Boca Raton, FL 33431 |

Case 21-10844-amc    Doc 125    Filed 09/21/24    Entered 09/22/24 00:36:21    Desc
Imaged Certificate of Notice    Page 2 of 7

| District/off: 0313-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: pdf900 | Total Noticed: 92 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14596744 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 20 2024 00:06:30 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14596883 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 20 2024 00:06:14 | BMW Bank of North America Department, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14638362 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 20 2024 00:07:29 | BMW Bank of North America c/o AIS Portfolio Servic, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14595283 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Sep 20 2024 00:06:07 | Bmw Financial Services, Attn: Bankruptcy, Po Box 3608, Dublin, OH 43016 |
| 14774588 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Sep 20 2024 00:30:48 | BMW Financial Services, 1400 City View Drive, Columbus, OH 43215-1477 |
| 14638495 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Sep 20 2024 00:07:20 | BMW Financial Services Attn: Customer Accounting, 5550 Britton Parkway, Hilliard OH 43026-7456 |
| 14808410 | | Email/Text: bnc-thebureaus@quantum3group.com | Sep 19 2024 23:58:00 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14632266 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 19 2024 23:58:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14632322 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 19 2024 23:58:00 | Bank of America, N.A., 800 Market Street, MO1-800-06-14, St.Louis MO 63101-2508 |
| 14642111 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2024 00:07:07 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14595284 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2024 00:06:05 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14631723 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 20 2024 00:07:06 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14636383 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2024 00:07:31 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14595286 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2024 00:07:31 | Citibank/Sunoco, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14595287 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 19 2024 23:58:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14595288 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 19 2024 23:58:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14595289 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 19 2024 23:58:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14595290 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 19 2024 23:58:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 14595291 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 19 2024 23:58:00 | Comenity Bkl/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14595292 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 19 2024 23:58:00 | Comenitybank/wsvisa, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14595293 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 19 2024 23:58:00 | Comenitycapital/Big Lot, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14595294 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 19 2024 23:58:00 | Comenitycapital/c21, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14595295 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 19 2024 23:58:00 | Comenitycapital/fFe21, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 14595296 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 21-10844-amc   Doc 125   Filed 09/21/24   Entered 09/22/24 00:36:21   Desc
Imaged Certificate of Notice   Page 3 of 7

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 6 |
| Date Rcvd: Sep 19, 2024 | Form ID: pdf900 | Total Noticed: 92 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 19 2024 23:58:00 | Comenitycapital/ikeavc, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14595297 | + | Email/Text: bankruptcy@connexuscu.org | Sep 19 2024 23:59:00 | Connexus CU, Attn: Bankruptcy, Po Box 8026, Wausau, WI 54402-8026 |
| 14595298 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2024 00:07:10 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14634987 | | Email/Text: bnc-quantum@quantum3group.com | Sep 19 2024 23:58:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14630109 | + | Email/Text: mrdiscen@discover.com | Sep 19 2024 23:57:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 14595299 | + | Email/Text: mrdiscen@discover.com | Sep 19 2024 23:57:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14687585 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 19 2024 23:58:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14595300 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 19 2024 23:59:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14595301 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 19 2024 23:59:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mceland Road, Saint Cloud, MN 56303 |
| 14634354 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2024 00:06:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14630307 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 19 2024 23:59:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14595304 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 19 2024 23:59:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14595307 | + | Email/PDF: pa_dc_claims@navient.com | Sep 20 2024 00:07:04 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 14595306 | + | Email/PDF: pa_dc_claims@navient.com | Sep 20 2024 00:07:04 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14630609 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 20 2024 00:07:42 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14595308 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 19 2024 23:59:00 | Navy Federal Cr Union, Attn: Bankruptcy, Po Box 3000, Merrified, VA 22119-3000 |
| 14595309 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 19 2024 23:59:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14629932 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 19 2024 23:59:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14595310 | + | Email/Text: bnc@nordstrom.com | Sep 19 2024 23:58:15 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14595313 | + | Email/PDF: cbp@omf.com | Sep 20 2024 00:07:20 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14595311 | + | Email/PDF: cbp@omf.com | Sep 20 2024 00:07:29 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14595322 | | Email/Text: Bankruptcy@swiftcapital.com | Sep 19 2024 23:58:00 | Swift Capital, 3505 Silverside Road, Wilmington, DE 19810 |
| 14639563 | | Email/Text: Bankruptcy@swiftcapital.com | Sep 19 2024 23:58:00 | Swift Financial LLC as servicing agent for WebBank, 3505 Silverside Road, Suite 200, Wilmington DE 19810 |
| 14595302 | | Email/Text: Bankruptcy@swiftcapital.com | Sep 19 2024 23:58:00 | Loan Builder, 3505 Silverside Road, Wilmington, DE 19810 |

Case 21-10844-amc   Doc 125   Filed 09/21/24   Entered 09/22/24 00:36:21   Desc
Imaged Certificate of Notice   Page 4 of 7

| District/off: 0313-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: pdf900 | Total Noticed: 92 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14638860 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 19 2024 23:58:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14637366 | + | Email/Text: bncnotifications@pheaa.org | Sep 19 2024 23:58:00 | PHEAA, PO BOX 8147, HARRISBURG, PA 17105-8147 |
| 14595318 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2024 00:07:10 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14642622 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2024 00:20:04 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14595314 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2024 00:19:18 | PayPal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 14625770 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 19 2024 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14595315 | + | Email/Text: bkrgeneric@penfed.org | Sep 19 2024 23:57:00 | Pentagon Federal Cr Un, 1001 N. Fairfax, Alexandria, VA 22314-1797 |
| 14633964 | | Email/Text: bnc-quantum@quantum3group.com | Sep 19 2024 23:58:00 | Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14633690 | | Email/Text: bnc-quantum@quantum3group.com | Sep 19 2024 23:58:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 14633635 | | Email/Text: bnc-quantum@quantum3group.com | Sep 19 2024 23:58:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 2489, Kirkland, WA 98083-2489 |
| 14633546 | | Email/Text: bnc-quantum@quantum3group.com | Sep 19 2024 23:58:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14642366 | | Email/Text: bnc-quantum@quantum3group.com | Sep 19 2024 23:58:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14595320 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2024 00:07:31 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14595321 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 19 2024 23:59:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14639564 | ^ | MEBN | Sep 19 2024 23:55:58 | Swift Financial LLC as servicing agent for WebBank, PO BOX 208703, Dallas TX 75320-8703 |
| 14595323 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2024 00:07:30 | Syncb/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14638907 | ^ | MEBN | Sep 19 2024 23:54:56 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14639379 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2024 00:06:11 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41031, Norfolk VA 23541-1031 |
| 14794671 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 20 2024 00:06:39 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14794672 | | Email/PDF: ebn_ais@aisinfo.com | Sep 20 2024 00:07:04 | Synchrony Bank by AIS InfoSource, LP as agent, Dept 888 PO BOX 4457, Houston TX 77210-4457 |
| 14595324 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2024 00:06:30 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14595325 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2024 00:06:23 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14595326 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| | | Sep 20 2024 00:18:59 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
|---|---|---|---|
| 14595327 | + Email/Text: bnc-thebureaus@quantum3group.com | Sep 19 2024 23:58:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14639721 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 19 2024 23:59:00 | U.S. Bank National Association, et. al., c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14757995 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 19 2024 23:59:00 | U.S. Bank National Association, et. al., c/o Select Portfolio Servicing, Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |
| 14595329 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 19 2024 23:57:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 85

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14595303 | | Mark Bracey |
| 14595317 | | Pentagon Federal Credit Union |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | BMW Financial Services, 1400 City View Drive, Columbus, OH 43215-1477 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14595258 | *+ | AES/Suntrust, Pob 61047, Harrisburg, PA 17106-1047 |
| 14595259 | *+ | AES/Suntrust, Pob 61047, Harrisburg, PA 17106-1047 |
| 14595260 | *+ | AES/Suntrust, Pob 61047, Harrisburg, PA 17106-1047 |
| 14595261 | *+ | AES/Suntrust, Pob 61047, Harrisburg, PA 17106-1047 |
| 14595262 | *+ | AES/Suntrust, Pob 61047, Harrisburg, PA 17106-1047 |
| 14595263 | *+ | AES/Suntrust, Pob 61047, Harrisburg, PA 17106-1047 |
| 14595264 | *+ | AES/Suntrust, Pob 61047, Harrisburg, PA 17106-1047 |
| 14595265 | *+ | AES/Suntrust, Pob 61047, Harrisburg, PA 17106-1047 |
| 14595266 | *+ | AES/Suntrust, Pob 61047, Harrisburg, PA 17106-1047 |
| 14595267 | *+ | AES/Suntrust, Pob 61047, Harrisburg, PA 17106-1047 |
| 14595269 | *+ | American Education Services/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14595270 | *+ | American Education Services/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14595271 | *+ | American Education Services/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14595272 | *+ | American Education Services/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14595273 | *+ | American Education Services/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14595274 | *+ | American Education Services/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14595275 | *+ | American Education Services/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14595276 | *+ | American Education Services/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14595277 | *+ | American Education Services/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14595278 | *+ | American Education Services/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14633959 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14633960 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14595280 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14595281 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14595285 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14630544 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14629946 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14595312 | *+ | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14595319 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14625772 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14625774 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14595316 | *+ | Pentagon Federal Cr Un, 1001 N. Fairfax, Alexandria, VA 22314-1797 |
| 14595328 | *+ | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

| District/off: 0313-2 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: pdf900 | Total Noticed: 92 |

14595330    *+    Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225

TOTAL: 2 Undeliverable, 38 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2024                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:**

**Name**            **Email Address**

CHRISTINE C. SHUBERT
on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com

DANIEL P. JONES
on behalf of Creditor U.S. Bank National Association  as indenture trustee, forthe holders of the CIM Trust2019-R4, Mortgage-Backed Notes, Series 2019-R4 djones@sterneisenberg.com, bkecf@sterneisenberg.com

JEFFREY M. CARBINO
on behalf of Debtor Nickesha Dickerson jcarbino@leechtishman.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
on behalf of Debtor Nickesha Dickerson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

REGINA COHEN
on behalf of Creditor BMW Bank of North America rcohen@lavin-law.com mmalone@lavin-law.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :        Chapter 13

Nickesha Dickerson,

Debtor.                                    :        21-10844-AMC

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

5. **Promptly after the expiration of the time period set forth in Paragraph 4 above, Counsel for the Debtor(s) shall file either:**

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: Sept. 19, 2024

_____
ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE