## United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Nickesha Dickerson,

        Debtor.

Case No. 21-10844-AMC

Chapter 13

**Supplemental Application for Compensation by Debtor's Counsel**

Applicant Cibik Law, P.C. applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses performed after confirmation of the plan.

1. The debtor filed a petition under chapter 7 on March 31, 2021.

2. This case was converted to a chapter 13 on August 11, 2021.

3. This Court previously approved an application for compensation for counsel fees in the amount of $5,750.00 filed by debtor's previous counsel Erik P. Jensen.

4. Mr. Jensen withdrew his appearance, and Applicant filed an entry of appearance on December 12, 2023. Applicant is counsel for the debtor.

5. Applicant requests an award of supplemental compensation of $500 for 1.40 hours expended in providing the following services (hourly rates of $350 per attorney hour and $125 per paralegal hour):

| Work Completed | By Whom | Hours |
|---|---|---|
| Contact with client | Attorney | 0.30 |
| Drafted motion to modify plan | Attorney | 0.30 |
| Drafted modified plan | Attorney | 0.70 |
| Drafted fee application | Attorney | 0.10 |

6. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

**NOW, THEREFORE**, Applicant requests an award of compensation in the form of order attached.

Date: October 8, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com