United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Nickesha Dickerson,<br><br>Debtor. | Case No. 21-10844-AMC<br><br>Chapter 13 |

**Certificate of Service**

I certify that on this date, I caused this application for compensation along with the notice and all attachments to be served on the following parties by first class mail or through the CM/ECF system:

Kenneth E. West (CM/ECF)

U.S. Trustee (CM/ECF)

Nickesha Dickerson
625 S. Goddard Blvd, Apt 341
King of Prussia, PA 19406

Date: October 8, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com