**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Nickesha Dickerson, | | |
| Debtor. | : | 21-10844-AMC |

**Certificate of No Response to Supplemental Application for Compensation
and Certificate of No Administrative Expense Applications**

I certify that Cibik Law, P.C. has received no answer, objection, or other responsive pleading to the supplemental application for compensation filed on October 8, 2024, as ECF No 126.

I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the application appears thereon. Pursuant to the notice filed with the application, responses to the application were to be filed and served on or before October 22, 2024.

I further certify that I have reviewed the Court's docket in this case and no applications for administrative expenses appear thereon. Pursuant to the Court's order of September 19, 2024, ECF No. 124, all applications for administrative expenses were to be filed and served on or before October 9, 2024.

Date: October 23, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com